IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 06-4592 |
| CITY OF PHILADELPHIA, et al. | : | |
| | : | |

**O R D E R**

        AND NOW, this 20th day of October, 2006, IT IS HEREBY ORDERED that a Status Conference in the above captioned matter is scheduled for Tuesday, October 24, 2006 at 2:45 p.m. in Room 9613, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

/s/Petrese B. Tucker

_____
Petrese B. Tucker, J.