IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF PHILADELPHIA; ) <br> MARGARET TARTAGLIONE, EDGAR ) <br> A. HOWARD, JOSEPH J. DUDA, in their ) <br> official capacities as Philadelphia City ) <br> Commissioners; and THE PHILADELPHIA ) <br> COUNTY BOARD OF ELECTIONS, ) <br> ) <br> Defendants. ) <br> ) <br> ) | CIVIL ACTION NO. 2:06cv4592 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that claims of plaintiff, the United States of America, against defendants, the City of Philadelphia, Margaret Tartaglione, Edgar A. Howard and Joseph J. Duda, in their official capacities as Philadelphia City Commissioners, and the Philadelphia County Board of Elections, are hereby **DISMISSED WITH PREJUDICE** and without costs with the consent of all parties.

It is further stipulated and agreed that the Court shall retain jurisdiction over this matter until July 1, 2009, and shall have the authority to enforce the settlement agreement among the parties.

| For Plaintiff: | For Defendants: |
|---|---|
| WAN J. KIM<br>Assistant Attorney General<br>Civil Rights Division | ROMULO L. DIAZ, JR.<br>City Solicitor<br>MARK R. ZECCA<br>KEVIN GREENBERG<br>City of Philadelphia Law Department<br>1515 Arch Street, 17th Floor<br>Philadelphia, PA 19102 |
| PATRICK MEEHAN<br>United States Attorney<br>VIVECA D. PARKER<br>Assistant United States Attorney | |

For Plaintiff:

WAN J. KIM
Assistant Attorney General
Civil Rights Division

PATRICK MEEHAN
United States Attorney
VIVECA D. PARKER
Assistant United States Attorney

*/s/ M. Eric Eversole*

M. ERIC EVERSOLE
Trial Attorney
JOHN TANNER
Chief, Voting Section
SUSANA LORENZO-GIGUERE
ROBERT POPPER
Special Litigation Counsel
SEAN W. O'DONNELL
VERONICA SEUNGWON JUNG
DONALD L. PALMER
PUJA A. LAKHANI
Trial Attorneys
United States Department of Justice
Civil Rights Division,
Voting Section
950 Pennsylvania Avenue NW
Room NWB-7254
Washington, D.C. 20530
Telephone: (202) 305-0827
Facsimile: (202) 307-3961
susana.lorenzo-giguere@usdoj.gov
eric.Eversole@usdoj.gov

For Defendants:

ROMULO L. DIAZ, JR.
City Solicitor
MARK R. ZECCA
KEVIN GREENBERG
City of Philadelphia Law Department
1515 Arch Street, 17th Floor
Philadelphia, PA 19102

*/s/ Abbe F. Fletman*

ABBE F. FLETMAN
Flaster/Greenberg, P.C.
Eight Penn Center
1628 JFK Blvd., 15th floor
Philadelphia, PA 19103

DENISE J. SMYLER
Smyler & Gentile
109 South 22nd Street
Philadelphia, PA 19103

SO APPROVED:

_____
J.