IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>     v.<br><br>CITY OF PHILADELPHIA, ET AL.,<br>     Defendants. | CIVIL ACTION<br><br>NO. 06-CV-4592 |

### ORDER

**AND NOW**, this ___ day of May, 2007, upon consideration of the Stipulation for Dismissal (Doc. 36), **IT IS HEREBY ORDERED and DECREED** that in the above-captioned case is **DISMISSED WITH PREJUDICE**.  The parties to bear their respective costs.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over this matter until **July 1, 2009**, and shall have the authority to enforce the settlement agreement among the parties.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**